PAUL STARGICK, Respondent, v. EXCELLO SPRING AND MANUFACTURING CORPORATION and Others, Defendants, Impleaded with CHARLES NYGARD and Others, Appellants.— Order directing examination before trial and discovery and inspection

affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.